UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Re: **CHARLES ZANDFORD**                    CASE No. 05-13305-PJW

## NOTICE OF APPEAL

The Debtor, Charles Zandford, hereby gives notice of appeal from United States Bankruptcy Judge Peter J. Walsh's denial of his Petition 'To Disallow the Securities and Exchange's Commission's Proof of Claim' in the above referenced matter.

The basis for this appeal is the Court's misapplication of the law governing the collection of the debt in this matter.

Charles Zandford (pro se)
420 Union St.
Milton, DE. 19968
(302) 351-4693

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____  ○ BK    ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
      Docket Number: _____    Date Entered: _____

Item Transmitted:  ○ Notice of Appeal          ○ Motion for Leave to Appeal
                ○ Amended Notice of Appeal  ○ Cross Appeal
              Docket Number: _____    Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_____         _____
Counsel for Appellant:                     Counsel for Appellee:
_____         _____
_____         _____
_____         _____
_____         _____

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____              By: _____
Date                                                Deputy Clerk

_____
                              FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| CHARLES ZANDFORD, | ) |
| | ) Case No. 05-13305 (PJW) |
| Debtor. | ) |

## ORDER

For the reasons set forth in the Court's letter ruling of this date, the Debtor's petition (Doc. # 31 and supplements thereto) to disallow the Securities and Exchange Commission's proof of claim is DENIED.

Peter J. Walsh
United States Bankruptcy Judge

Dated: July 18, 2006