IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES ZANDFORD, :
:
      Debtor/Appellant, :
v. : Civil Action No. 07-CV-00030
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
      Appellee. :

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Amy J. Greer, Esquire, to represent the Securities and Exchange Commission in this action.

                      COLM F. CONNOLLY
                      United States Attorney

By: Ellen W. Slights
     Assistant United States Attorney
     Delaware Bar I.D. No. 2782
     The Nemours Building
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, Delaware 19899-2046
     (302) 573-6277
     ellen.slights@usdoj.gov

Dated: January 23, 2007

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

_____
United States District Court Judge

DATED: January ____, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES ZANDFORD, :
:
      Debtor/Appellant, :
v. : Civil Action No. 07-CV-00030
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
      Appellee. :

### CERTIFICATION BY COUNSEL
### TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                  Amy J. Greer
                                  District Trial Counsel
                                  Pennsylvania Bar No. 55950
                                  Securities and Exchange Commission
                                  Philadelphia District Office
                                  701 Market Street, Suite 2000
                                  Philadelphia, PA 19106
                                  (215) 597-3100
                                  GreerA@SEC.gov

Date:   January 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES ZANDFORD, | : |
| Debtor/Appellant, | : |
| v. | : Civil Action No. 07-CV-00030 |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Appellee. | : |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on January 23, 2007, I electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE** with the Clerk of Court using ECF, and I hereby attest that I have delivered two copies of said document via United States Mail, postage prepaid, to the following:

**Counsel of Record for Chapter 7 Trustee:**

Jeffrey S. Cianciulli
Weir & Partners, LLP
Widener Building
1339 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Debtor:**

**Charles Zandford**
**420 Union Street**
**Milton, DE 19968**

/s/ Kathie Gray
_____
Kathie Gray
Office of the United States Attorney
1007 Orange Street, P.O. Box 2046
Wilmington, DE 19899