January 24, 2007

Ronald Eberhard, Intake supervisor
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801

RE: <u>In Re: Charles Zandford</u>
    Civil Action No. 07-cv-00030UNA



Dear Mr. Eberhard,

    Enclosed for filing, in the above Captioned matter, is Appellant's Motion For Enlargement Of Time To Answer SEC's Motion To Dismiss and proposed order.

Thank you for your assistance in this matter.

*Charles Zandford*
Charles Zandford
420 Union Street
Milton, DE. 19968
(302) 351-4693