IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Charles Zandford

| | | |
|---|---|---|
| Charles Zandford, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-30 |
| | ) | |
| v. | ) | |
| | ) | |
| Securities and Exchange Commission | ) | |
| | ) | Bankruptcy Case No. 05-13305 |
| Appellee | ) | AP 06-81 |

FILED
JAN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**APPELLANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER THE SECURITIES AND EXCHANGE'S MOTION TO DISMISS APPEAL**

The Appellant, Charles Zandford, respectfully submits this motion to answer SEC's Motion To Dismiss the Appeal in the above referenced matter.

This request is necessitated by a number of issues which are as follow:

1. Appellant needs time to obtain documents from third party (parties) to counter some of the statements made by SEC in its brief;

2. Appellant is required to travel to the Department of Treasury's Financial Management Services in Washington D.C. to obtain some of the necessary documents required for his answers to SEC's Motion to Dismiss Appeal. The process of finding the appropriate personnel at the Department of Treasury, and obtain appointments requires time and effort;

1

3. It has come to Appellant's attention that his petition in the Bankruptcy Court to disallow SEC's Proof of Claim <u>for lack of standing pursuant to the Debt Collection improvement Act of 1996,</u> a statute that falls out side of Title 11 of the United States Code and that among other reasons presented a complicated issue of first impression requiring significant interpretation of Federal law, and which created substantial and material conflict between the bankruptcy and non-title 11 laws which would have affected the outcome of the bankruptcy proceeding, was subject to mandatory withdrawal from the Bankruptcy Court to the District Court which is suited to address such issues. Given that the determination of whether a case is core or non-core is made by the bankruptcy judge, and that such determination was not made by the Bankruptcy Court, Appellant was denied the opportunity to file the appropriate and timely motions for withdrawal. Appellant is now placed in a difficult legal dilemma which requires time to research in order to correctly raise this issue before this Court.

Based upon the foregoing, Appellant respectfully requests an enlargement of time to Monday, February 25, 2007 to submit his answers in opposition to SEC's Motion to Dismiss his appeal.

Respectfully submitted,

*[signature]*
Charles Zandford
420 Union Street
Milton, DE. 19968
(302) 351-4693

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of Appellant's Motion For Enlargement Of Time have been served via first class mail, postage prepaid, on this 24th day of January, 2007, upon the following:

Jeffery S. Ciannciulli
Suite 500
1339 Chestnut St.
Phila., PA. 19107-3519

Amy J. Greer Esq.
SEC
701 Market St.
Suite 2000
Philadelphia, PA. 19106

*[signature]*
Charles Zandford
420 Union St
Milton, DE. 19968
(302) 352-4693

Charles Zandford
420 Union St.
Milton, DE. 19968



Mr. Ronald Eberhard, Intake Supervisor
U.S. District Court
4209 King St., Room 4209
Wilmington, DE. 19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Charles Zandford

| | | |
|---|---|---|
| **Charles Zandford,** | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-30 |
| | ) | |
| v. | ) | |
| | ) | |
| **Securities and Exchange Commission** | ) | |
| | ) | Bankruptcy Case No. 05-13305 |
| Appellee | ) | AP 06-81 |

## ORDER

For the reasons set forth in the Appellant's Motion For Enlargement of Time to Answer SEC's Motion To Dismiss Appeal, Appellant is hereby granted his request to submit his answers by Monday, February 25, 2007.

_____
United States District Court Judge

1