February 1, 2007

Ronald Eberhard, Intake supervisor
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801



RE:  In Re: Charles Zandford
     Civil Action No. 07-cv-00030UNA

Dear Mr. Eberhard,

   Enclosed for filing, in the above Captioned matter, is Appellant's Motion Leave of Court To Amend Issues On Appeal.

Thank you for your assistance in this matter.

Charles Zandford
420 Union Street
Milton, DE. 19968
(302) 351-4693