

U.S. Department of Justice

United States Attorney's Office
District of Delaware

---

*The Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6431*

February 7, 2007

Honorable Gregory M. Sleet
United States District Court
4324 Boggs Federal Building
844 King Street
Wilmington, DE 19801

RE: **Zandford v. Securities and Exchange Commission**
Civil Action No. 07-30 (GMS)

Dear Judge Sleet:

Appellee Securities and Exchange Commission ("Commission"), through its undersigned counsel, sends this letter to inform the Court that it does not intend to file a response to Appellant Zandford's "Motion for Leave of Court to Amend Issues on Appeal."

The Commission has addressed the issues raised by Mr. Zandford's most recent filing in its previously filed Motion to Dismiss Appeal (Docket #5) and Opposition to Appellant's Motion for Enlargement of Time to Answer Motion to Dismiss Appeal (Docket #9) and, accordingly, unless the Court believes a response could be helpful and directs a filing, no response is planned.

As always, I remain available to answer any questions that the Court may wish to have addressed.

Respectfully,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ellen W. Slights
Assistant United States Attorney

EWS:kbg