February 21, 2007

Ronald Eberhard, Intake supervisor
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801



RE: In Re: Charles Zandford
    Civil Action No. 07-cv-00030 (GMS)

Dear Mr. Eberhard,

    Enclosed for filing, in the above Captioned matter, is Appellant's Motion In Opposition To SEC's Motion To Dismiss Appeal. A second Copy is sent under separate cover.

Thank you for your assistance in this matter.

Charles Zandford
420 Union Street
Milton, DE. 19968
(302) 351-4693