

**MARON MARVEL BRADLEY & ANDERSON, P.A.**

J. RICHARD TUCKER
Attorney At Law

Email Address:
jrt@maronmarvel.com

Direct Dial: (302) 472-1776

Admitted in TX & CA

1201 NORTH MARKET STREET
SUITE 900
WILMINGTON, DELAWARE 19801
(302) 425-5177 | (302) 425-0180 *fax*

*Mailing Address:*
P.O. Box 288
Wilmington, Delaware 19899

March 2, 2007

Peter T. Dalleo
Clerk
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

  Re: *Charles Zandford v. U.S. Securities and Exchange Commission*
    Civil Action No. 7-30
    Bankruptcy Case No. 05-13305

    **Mediation Disposition: Parties Agree to Bypass Mediation**

Dear Mr. Dalleo:

  I notified Mr. Zandford, *pro se*, and Ms. Amy Greer, Trial Counsel for the Securities and Exchange Commission, to advise of my selection as Mediator for the above-captioned Appeal. After a full discussion with both Counsel and *Pro Se*, the parties have expressed their informed desire to forego mediation and have:

    **Agreed to Bypass Mediation**.

  Accordingly, this matter is hereby returned to the U.S. District Court for continuing case administration.

            Respectfully,

            J. Richard Tucker

JRT/tck
cc: Charles Zandford
   Amy J. Greer, Esq.

{78000.00000/W0133262}
MARON MARVEL BRADLEY & ANDERSON, P.A. | Affiliated Counsel in NJ: MARON MARVEL & CONSTANTINE, LLC
DELAWARE PENNSYLVANIA NEW JERSEY | WWW.MARONMARVEL.COM