March 5, 2007

Ronald Eberhard, Intake supervisor
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801

RE: <u>In Re: Charles Zandford</u>
    Civil Action No. 07-cv-00030UNA GMS

Dear Mr. Eberhard,

   Enclosed for filing, in the above Captioned matter, is Appellant's Reply To SEC's Reply To Appellant's Opposition To Motion To Dismiss.

Thank you for your assistance in this matter.

Charles Zandford
420 Union Street
Milton, DE. 19968
(302) 351-4693

FILED
MAR - 6 2007

Zandford
420 Union St.
Milton, DE. 19968



Mr. Ronald Eberhard
U.S. District Court
4209 Federal Building
844 King St., Room 4209
Wilmington, DE. 19801

