NOTICE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Charles Zandford

| | | |
|---|---|---|
| **Charles Zandford,** | ) | |
| Appellant | ) | Civil Action No. 07-30 (GMS) |
| v. | ) | |
| **Securities and Exchange Commission** | ) | |
| | ) | Bankruptcy Case No. 05-13305 |
| Appellee | ) | AP 06-81 |

### APPELLANT'S NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

Effective July 1, 2007, the Appellant's, Charles Zandford, new address and telephone number will be as follow:

> 106 Heritage Blvd.
> #2
> Princeton, N.J. 08540
> (Mobile #) 302- 745-5843

Charles Zandford
106 Heritage Blvd.
Princeton, N.J. 08540
(302) 745-4583



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of Appellant's Notice Of Change Of Address And Telephone Number have been served via first class mail, postage prepaid, on this 5 day of June, 2007, upon the following:

Jeffery S. Ciannciulli
Suite 500
1339 Chestnut St.
Phila., PA. 19107-3519

Amy J. Greer Esq.
SEC
701 Market St.
Suite 2000
Philadelphia, PA. 19106

Charles Zandford
420 Union St.
Milton, DE. 19968
(302) 352-4693

June 4, 2007

Ronald Eberhard, Intake supervisor
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801

RE: <u>In Re: Charles Zandford</u>
    Civil Action No. 07-cv-00030UNA

Dear Mr. Eberhard,

Enclosed for filing, in the above Captioned matter, is Appellant's Notice Of Change Of Address and Telephone Number.

Thank you for your assistance in this matter.

*Charles Zandford*
Charles Zandford
420 Union Street
Milton, DE. 19968
(302) 351-4693

Charles Zandford
420 Union St.
Milton, DE. 19968

Mr. Ronald Elkenhead, Intake Supervisor
U.S. District Court
4209 Federal Building
844 King St., Room 4209
Wilmington, DE. 19801

