August 28, 2007

Ronald Eberhard, Intake supervisor
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801

RE: <u>In Re: Charles Zandford</u>
    Civil Action No. 07-cv-00030-UNA GMS

Dear Mr. Eberhard,

Enclosed for filing, is my notice of change of address.

Thank you for your assistance in this matter.


RECEIVED
AUG 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Charles Zandford
420 Union Street
Milton, DE 19968
(302) 351-4693

✓ Copy to Ron E.