IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Charles Zandford

| | | |
|---|---|---|
| Charles Zandford, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-30 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| Securities and Exchange Commission | ) | |
| | ) | Bankruptcy Case No. 05-13305 |
| Appellee | ) | AP 06-81 |

APPELLANT'S NOTICE OF CHANGE OF ADDRESS

Effective September 1, 2007, the Appellant's, Charles Zandford, new address will be as follows:

>10 N.E. 4th St..
>Milford, Delaware, 19963
>(302)- 745-5843



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of Appellant Notice of Change of address have been served via first class mail, postage prepaid, on this 27th day of August, 2007, upon the following:

Jeffery S. Ciannciulli
Suite 500
1339 Chestnut St.
Phila., PA. 19107-3519

Amy J. Greer Esq.
SEC
701 Market St.
Suite 2000
Philadelphia, PA. 19106

_(signature)_
Charles Zandford

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Charles Zandford - No. 05- 13305 (PJW)

DEBTOR'S NOTICE OF CHANGE OF ADDRESS

Effective September 1, 2007, the Appellant's, Charles Zandford, new address will be as follows:

        10 N.E. 4th St..
        Milford, Delaware, 19963
        (302)- 745-5843

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of Appellant Notice of Change of address have been served via first class mail, postage prepaid, on this 27th day of August, 2007, upon the following:

Jeffery S. Ciannciulli
Suite 500
1339 Chestnut St.
Phila., PA. 19107-3519

Amy J. Greer Esq.
SEC
701 Market St.
Suite 2000
Philadelphia, PA. 19106

_____
Charles Zandford

Zandford
10 NE. 4th St
Milford, DE. 19963

WILMINGTON DE 197
28 AUG 2007 PM 1 T

Clerk
U.S. District Court
4209 Federal Building
844 King St., Room 4209
Wilmington, DE. 19801

19801+3513