October 3, 2007

Ronald Eberhard, Intake supervisor
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801



BD scanned

RE: <u>In Re: Charles Zandford</u>
    Civil Action No. 07-cv-00030UNA

Dear Mr. Eberhard,

    Enclosed for filing, please find the original, and a true copy of my "Motion For Reconsideration".

Thank you for your assistance in this matter.

*Charles Zandford* (signature)
Charles Zandford
10 N.E. 4th Street
Milford, DE. 19963
(302) 725- 0655