

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6431*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

October 9, 2007

**VIA CM/ECF**
Chief Judge Gregory M. Sleet
United States District Court
4324 Boggs Federal Building
844 King Street
Wilmington, DE 19801

    RE:    **Zandford v. Securities and Exchange Commission**
             **Civil Action No. 07-30 (GMS)**

Dear Judge Sleet:

    Appellee Securities and Exchange Commission ("Commission"), through its undersigned counsel, sends this letter to inform the Court that it does not intend to file a response to Appellant Zandford's "Motion for Reconsideration of the Courts's Order Dismissing his Appeal Due to Lack of Standing."

    The Commission has addressed the issues raised by Mr. Zandford's most recent filing in its previously filed Motion to Dismiss Appeal (Docket #5). Further, the lack of Mr. Zanford's pecuniary interest in the outcome of these proceedings also was fully addressed in the Bankruptcy Court's Letter Ruling of July 18, 2006, at pp. 3, 6 (Bankruptcy Court Docket Entry # 84). Accordingly, unless the Court believes a response could be helpful and directs a filing, no further response is planned.

    As always, I remain available to answer any questions that the Court may wish to have addressed.

                                                  Respectfully,

                                                 COLM F. CONNOLLY
                                                 United States Attorney

                   BY:    _____
                             Ellen W. Slights
                             Assistant United States Attorney

EWS:kbg
cc: Charles Zanford via First Class Mail and CM/ECF