IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: CHARLES ZANFORD | ) ) ) ) ) | C.A. No. 07-30 |

## ORDER

WHEREAS, on January 16, 2007, Charles Zanford ("Zanford") filed this *pro se* bankruptcy appeal;

WHEREAS, on January 19, 2007, the Securities and Exchange Commission (the "SEC") filed a Motion to Dismiss the appeal (D.I. 5);

WHEREAS, on September 24, 2007, the court issued an Order (D.I. 22) granting the SEC's motion and dismissing the appeal;

WHEREAS, on October 4, 2007, Zanford filed a Motion for Reconsideration (D.I. 24), asking the court to reconsider its September 24, 2007 Order;

WHEREAS, a motion for reconsideration should be granted only "sparingly;"[1]

WHEREAS, in this district, motions for reconsideration are granted only if it appears that the court has patently misunderstood a party, has made a decision outside the adversarial issues presented by the parties, or has made an error not of reasoning, but of apprehension;[2] and

---

[1] *Tristrata Tech. Inc. v. ICN Pharms., Inc.*, 313 F. Supp. 2d 405, 407 (D. Del. 2004); *Karr v. Castle*, 768 F. Supp. 1087, 1090 (D. Del. 1991).

[2] *See, e.g.*, *Shering Corp. v. Amgen, Inc.*, 25 F. Supp. 2d 293, 295 (D. Del. 1998); *Brambles USA, Inc. v. Blocker*, 735 F. Supp. 1239, 1240 (D. Del. 1990) (citing *Above the Belt, Inc. v. Mel Bonhannan Roofing, Inc.*, 99 F.R.D. 99 (E.D. Va. 1983)); *see also Karr*, 768 F. Supp. at 1090 (citing same).

WHEREAS, the court concludes that none of the three above-cited conditions exist in the present case;

IT IS HEREBY ORDERED that:

1.  Zandford's Motion for Reconsideration (D.I. 24) is DENIED.

Dated: April 24, 2008                                /s/ Gregory M. Sleet
                                                     CHIEF, UNITED STATES DISTRICT JUDGE